# Tampa Bay Times
WINNER OF 12 PULITZER PRIZES

## Women face multiple hurdles within Tampa Fire Rescue


Caitlin Johnston, Times Staff Writer

Sunday, April 5, 2015 9:49pm

TAMPA — Nearly 40 years after the first female firefighter began working at Tampa Fire Rescue, a majority of the city's fire stations still lack designated women's bathrooms and private changing areas.

Many male firefighters wear boxers when they sleep in the open dorms at firehouses. But some female firefighters who sleep in T-shirts and underwear have become targets for vulgar and sexist insults.

And in some firehouses, verbal abuse and harassment reaches levels that one male firefighter described as "a living hell."

Fire stations across the nation have had to adjust their policies as more women enter the male-dominated field. But some say Tampa Fire Rescue, which employs nearly double the national average of women, has been slow to adapt.

After news of a personnel chief retiring amid a sexual harassment investigation broke last month, female firefighters began talking to the *Tampa Bay Times* about discrimination. Their concerns ranged from overt sexual advances from male fire department employees to retaliation for reporting problems.

"A lot of the men on the job are fine with working with women, but the ones who aren't seem to be really loud," said Tanja Vidovic, who has been with the department since 2008. "It's accepted, people aren't reprimanded for it. And it's an environment of you're a tattletale and you're ruining the party if you say anything."

Although 43 of the 622 sworn firefighters are women, fire Chief Tom Forward said the department is still working on making changes.





The dorm bathroom available for men and women to use at Tampa Fire Rescue Station 1 in downtown Tampa. Female firefighters are able to use a separate bathroom, previously designated for officers. EVE EDELHEIT | Times

Many of the concerns, he said, such as privacy curtains, qualify as "quality-of-life" issues. With a limited budget, he said those matters take a backseat to more pressing items, such as a leaky roof.

Some female firefighters say they are afraid to raise complaints about harassment or a hostile work environment because, many times, the actions are enabled by the captains. While Forward said he has not witnessed or heard of these issues, he said he's not naive.

"Firefighters are very protective of their whole nest, they really are," said Forward, who has been with Tampa Fire almost 32 years. "Sometimes maybe to the detriment of the individual who's having concerns."

• • •

Of Tampa's 22 fire stations, only six have partitioned sleeping areas and designated male and female bathrooms and showers.

The remaining stations, making up more than 72 percent of the department, are laid out in the same manner as when the department was made up of only men.

At those stations, women can either wait until there are no men in the bathroom and lock the door or use the officers' bathrooms, which often requires walking through their private room.

The situation is different in other local fire departments.

All of the St. Petersburg Fire Rescue and Hillsborough Fire Rescue stations, for example, have separate male and female bathrooms and showers. And all of those stations, except eight of the 43 in Hillsborough, also have individual dorms or partitions and sleeping curtains.

Danielle Nalven said even though she always had "very respectful experiences" in her five years using the Tampa Fire restrooms and sleeping in the open dorms, she wished there was a designated female bathroom and privacy partitions.

"I personally don't want to go to the bathroom next to a guy and I feel bad locking everybody else out," Nalven said. "Dividers are nice for anyone to have."

Without curtains, privacy in the dorms is nonexistent. There is no dress policy for the department, meaning individuals can sleep in whatever they want. While most men sleep in shorts or pants, others prefer boxers.

Hannah Gray, the firefighter at the center of a sexual harassment investigation that led to a personnel chief's resignation, regularly slept in a T-shirt and underwear. She said she was called a slut and a whore by fellow firefighters, many of them not stationed with her, for doing so.

District Chief Sue Tamme, who also deals with these issues in her role as secretary of the International Association of Women in Fire & Emergency Services, said a minimum dress policy would provide defined regulations.

"This is a place of employment. That question should be answered up front," Tamme said. "We've had 38 years to answer that question."

Forward said no such policy has ever been considered because it comes down to common sense and courtesy.

"We don't hire children; we hire professionals here," Forward said. "We really haven't had a situation, to my knowledge, where anybody has been put in a bad situation."

Tamme, the first female district chief in Tampa, said women in any fire department aren't likely to complain about things such as dress, privacy and bathrooms because they don't want the repercussions that can arise when a female complains.

"I don't know of any experience where a man complains and there's been that sort of backlash," Tamme said. "We're not going to complain over something as benign as somebody not being dressed appropriately on one given day because we love every other aspect of the job."

Though women have requested privacy curtains for years, none has been installed.

Forward said privacy curtains have been discussed the past five years, but have been stalled by budget constraints and bureaucratic red tape.

"Obviously this situation brings to bear a concern that really needs to be readdressed," Forward said. "We need to go ahead and put more energy into getting the curtain system moving forward."

...

Some women who have spoken out against the status quo said they have faced a backlash, including verbal harassment, lower performance reviews and being skipped on promotion lists.

Several women told the *Times* about unwelcome sexual advances from colleagues and supervisors. When they rebuked these advances or raised concerns against other mistreatment, they said retaliation sometimes followed.

"If you're up for a promotion, you really can't say anything," Vidovic said. "They will not promote you."

Other firefighters endure verbal harassment from individuals at their stations.

"They absolutely humiliate you," Gray said. "They gang up on you. They embarrass you."

The negative attitude toward Gray started before she even arrived at the station, said firefighter Steven Appel, who was already assigned to Station 21 B shift. For the most part, Appel said, it was perpetuated by one man.

"He was a sexist, he was a misogynist and it came out everyday, and he went unchecked," said Appel, who has been with the department since 1994. "All this behavior was enabled (by the captain)."

Gray, a former police officer, documented her experiences, filling a notebook and a half with incidents.

Though Appel is speaking out now about the verbal abuse he witnessed against Gray, he said he carries guilt over not doing something sooner.

"The hostile work environment toward her was just unbelievable," Appel said. "She was going through hell."

...

The women who spoke with the *Times* were quick to say that a majority of the department is made up of kind, respectful people. But even women who say they love their careers and haven't experienced harassment describe discrimination on the job.

"You do have some of the old-school guys that don't really feel like a female can do the job," Nalven said. "Nothing you do would ever be good enough."

Nalven said she feels many men with those ideas are retiring, but when she comes across them, instead of raising concerns, she takes it upon herself to avoid the problem.

After working for a captain who repeatedly passed her over for promotions, Nalven transferred to another station.

"I realized, 'Your day is never going to get better, just move on,'" Nalven said. "I can't prove myself every single day. It's exhausting."

Tamme said her role with the international women's group has given her experience with "the pace at which change occurs."

"My expectations are realistic," she said.

Other women echo the understanding that change takes time, even 37 years after the first women joined the department.

"You can't go from 100 percent male-dominated to changing them overnight," Nalven said. "They are slowly going toward making it more female-friendly."

*Times news researcher Caryn Baird contributed to this report. Contact Caitlin Johnston at cjohnston@tampabay.com or (813) 226-3401. Follow @cljohnst.*

**Women face multiple hurdles within Tampa Fire Rescue 04/05/15**
**Photo reprints | Article reprints**

© 2016 Tampa Bay Times

125    Tweet    125

Commenting Guidelines   Abuse Policy

SPONSORED CONTENT

Recommended by

# Tampa Bay Times
WINNER OF 12 PULITZER PRIZES

## Mayor says Tampa Fire gender issues not systemic, but changes in the works

 Caitlin Johnston, Times Staff Writer

Tuesday, April 7, 2015 11:59am

TAMPA — Mayor Bob Buckhorn does not believe there are systemic gender issues within his city's fire department, but he said Tuesday he has instructed the fire chief to look into changes that would give female firefighters more privacy.

Meanwhile, Tampa Fire Rescue Chief Tom Forward has issued a memo saying firefighters need to wear gym shorts and proper undergarments when in the department's open dorms, where both male and female firefighters sleep during their 24-hour shifts.

"All attire must be in good taste and in no way disrupts the elements of good order and discipline," Forward wrote.



The changes came after the *Tampa Bay Times* detailed concerns from female firefighters about discrimination and a hostile work environment within the department. Issues raised ranged from the lack of designated female bathrooms at a majority of fire stations to retaliation for reporting problems. The women spoke to the *Times* after news of a personnel chief retiring amid a sexual harassment investigation broke last month.

"I am not privy to the specifics nor am I privy to who's a chronic complainer and who's not," Buckhorn said. "All I know is we try to set a tone and standard there that how you perform on the job is all that matters."

Buckhorn said he has instructed the city fire chief to determine the cost of privacy curtains for the department's open dorms. In all but six of the department's 22 fire stations, women and men sleep and get dressed in open dorms with no separation for privacy.

"I instructed Chief Forward to cost out for me what the curtain separation would cost, so hopefully I'll get that number back in a couple weeks and we can make that decision," Buckhorn said.

Forward previously told the *Times* that the issue of privacy curtains has been a topic of discussion for at least five years,

but because of a tight budget, other more pressing issues have taken precedence.

The department was told in 2013 that it could cost upwards of $116,000 plus labor and installation fees to outfit the remaining 16 stations with curtains.

The department is looking at other options that might be less expensive, spokesman Jason Penny said Tuesday. But certain stations, based on their age and layout, could require more extensive modifications in order to install curtains.

"We want to find the best solution at the best price," Penny said. "It's a balance of providing a good quality of life for our firefighters and being good stewards of the taxpayers' money."

Tuesday's memo requires all sworn personnel assigned to a fire station to wear, at a minimum, a department-issued T-shirt "with gym shorts of their choosing, over proper undergarments" in the open dorms.

Prior to this memo, men were allowed to sleep in their boxers at the firehouses. Women who slept in T-shirts and underwear said they became targets of vulgar and sexist insults. Other fire departments have a minimum dress policy for the dorms, requiring all individuals sleep in shorts or other specific attire. But Forward said last week the department had not previously considered such a policy.

"I would prefer not to see either gender running around in their undergarments," Buckhorn said Tuesday, prior to the memo. "I don't think it's appropriate."

Forward also reissued a 2013 memo instructing women stationed in firehouses without separate bathrooms to use the one located in the officers' quarters.

"There will be coordination between the officer and the female employee as to when and how the facility is to be used," the memo said.

When the department has built or renovated firehouses in recent years, each has been designed with female bathroom and shower facilities. But a majority of the stations still require women to wait until the dorm bathroom is empty and lock the door or use the officers' bathrooms, often located in the officers' private rooms.

"I know we have a come a long way, but 38 years living in the fire station with no bathroom privacy is unacceptable," Mechy Wright, the city's first female firefighter, said in an email to the *Times*. "Not only for the women, but for the men that are also affected by this lack of privacy everyone deserves in the work place."

Wright, who joined the department as a firefighter in 1978, sued the city in 1997, claiming sexual harassment, retaliation and a failure to accommodate her disabilities.

During her time as a union board member in the 1990s, Wright said several meetings were held addressing bathroom inequities and how it created a hostile environment.

"I don't think once I retired anyone addressed this subject again until now," Wright said. "The floor plan drawings, deadlines and many meetings between the union and City addressing the remodeling of existing stations and separate bathrooms of future fire stations was completely disregarded."

*Times news researcher John Martin contributed to this report. Contact Caitlin Johnston at cjohnston@tampabay.com or (813) 661-2443. Follow @cljohnst on Twitter.*

Related documents



April 7, 2015: Resting Attire in Fire Station Dorms & Night Watch Booth
Effective immediately, all Tampa Fire Rescue sworn personnel assigned to a fire station shall wear as a minimum, TFR-issued tee shirt with...

**Mayor says Tampa Fire gender issues not systemic, but changes in the works 04/07/15**
**Photo reprints | Article reprints**

© 2016 Tampa Bay Times

79    Tweet    79

Commenting Guidelines    Abuse Policy



# Tampa Bay Times
WINNER OF 12 PULITZER PRIZES

## Tampa City Council seeks chief's response to female firefighters' complaints



Richard Danielson, Times Staff Writer

Friday, April 10, 2015 5:46pm

TAMPA — Acting at the behest of City Council member Lisa Montelione, the council voted unanimously to demand answers from Fire Rescue Chief Tom Forward on the department's response to complaints of unequal treatment of female firefighters.

"I kick myself for not doing something earlier," Montelione said Friday, after the council voted Thursday night. "These problems have been around for a very long time, and some of them don't take much to correct," but not correcting them "shows a total lack of caring for the basic needs of your employees."

Montelione said she has heard about problems from female firefighters for years but was spurred to act by a Monday *Tampa Bay Times* report that found:

• Fire Rescue personnel chief David Solorzano retired with full benefits in March before the city disciplined him after an investigation into complaints that he sexually harassed a female firefighter with inappropriate comments, unwelcome hugs and back rubs and an attempted kiss.



*Lisa Montelione wants to hear about several issues.*

• Most Tampa fire stations lack designated bathrooms for women and private changing areas, even though women have been working as Tampa firefighters for almost 40 years. Of Tampa's 22 fire stations, only six have partitioned sleeping areas and designated bathrooms and showers. At the rest, women either wait for men to clear out of the bathroom and then lock the door or use officers' bathrooms, which means they often have to walk through their bosses' rooms.

• In some fire stations, verbal abuse and harassment is so pervasive that a male firefighter called it "a living hell." Some women say they hesitate to complain about a hostile work environment or harassment because problematic behaviors are enabled by supervisors.

• While some male firefighters wear boxer shorts when sleeping in open dorms at firehouses, some women who sleep in T-shirts and underwear have been subjected to vulgar remarks and insults.

Before this week, women had requested privacy curtains for years, but none had been installed, Forward said, because of limited budgets and bureaucratic red tape.

As a result of the *Times*' reports, Mayor Bob Buckhorn on Tuesday said he asked Forward to find out what it would cost to install privacy curtains or other divider options in the sleeping quarters of various firehouses.

The same day, Forward issued a memo of his own requiring firefighters to wear gym shorts and proper undergarments when in the department's open dorms, so that no one's attire would disrupt "good order and discipline."

Forward also reissued a 2013 memo instructing women assigned to firehouses without separate bathrooms to use those in officers' quarters and telling officers to coordinate with female employees on access to the facilities.

Beyond that, city spokeswoman Ali Glisson said in an email Friday that the city charter "clearly lays out the responsibilities of the City Council, and involvement in personnel and administrative activities is not one of them."

Asked whether Forward would make the report that the council requested, Glisson said, "We will advise council as to the steps we have taken to date in a fashion that is in keeping with their responsibilities per the charter."

Montelione, however, wants to hear from Forward on more than just what's been in the news. She also asked that he discuss the agency's diversity training, pregnancy policy and the idea of creating "a women's advisory committee for developing policies."

Montelione, who said she has discussed the issues with fire union officials, also asked for information on purchasing uniforms designed for women. She said she knows one firefighter who couldn't find boots small enough to fit her in the department's catalog. But when she spent her own money on boots that fit, the city wouldn't reimburse her.

This week, Buckhorn said he was not sure how widespread the complaints were among Tampa's 622 sworn firefighters, 43 of whom are women. But Buckhorn said he thinks the preponderance of fire rescue employees are respectful and appreciative of female colleagues.

As for the problems, "I think it's a few bad actors who just haven't come to terms with the fact that it's 2015, and we want female firefighters there and we want them to have the same opportunities," he said.

If City Hall can document cases of harassment or abuse, he said, "You're gone."

Times staff writer Caitlin Johnston contributed to this report. Contact Richard Danielson at rdanielson@tampabay.com or (813) 226-3403. Follow @Danielson_Times

**Tampa City Council seeks chief's response to female firefighters' complaints**
**04/10/15**
Photo reprints | Article reprints

© 2016 Tampa Bay Times

113    Tweet    113


Commenting Guidelines    Abuse Policy

SPONSORED CONTENT

Recommended by

# Tampa Bay Times
WINNER OF 12 PULITZER PRIZES

## Reports of unequal treatment for women prompt changes at Tampa Fire Rescue



Richard Danielson, Times Staff Writer

Tuesday, April 14, 2015 11:24am

TAMPA — Prompted by reports of a lack of privacy, outdated facilities, and harassment and verbal abuse directed against female firefighters, Mayor Bob Buckhorn on Tuesday announced changes "to accommodate all" at Tampa Fire Rescue.

The initiatives include both construction at the firehouses and additional diversity training for firefighters.

"The nature of the fire service across the country is changing, the demographics of fire service is changing, and Tampa Fire Rescue needed to make some changes," Buckhorn said in an interview at City Hall.

"I'm very happy that these issues are getting addressed," said firefighter Tanja Vidovic, who has been with Tampa Fire Rescue for 6 ½ years. "It's long overdue. ... When you go in (to work), you want to feel like your job appreciates you, so little bits of progress are important."

A $160,000 construction project will install 6-foot-high partitions in sleeping quarters at 16 of 22 firehouses, which do not have any walls or curtains to separate male and female firefighters. The work started Tuesday and is expected to take about a month to complete. The remaining six stations already have partitions in their dorms.



In many Tampa fire stations, the dorm bathroom is for both men and women. Female firefighters are allowed to use the private bathroom in the officers' quarters, but that can create problems and embarrassment. EVE EDELHEIT | Times

Within six months, human resources officials will also provide additional diversity training for Fire Rescue employees. City Hall has already confirmed that all Fire Rescue employees received four hours of diversity training mandated by the city's personnel manual. Tampa Fire Rescue command staff also get expanded training covering non-discrimination policies.

Buckhorn acknowledged that changes were prompted largely by a series of recent reports in the *Tampa Bay Times* disclosing that:

• Fire Rescue personnel chief David Solorzano decided to retire with full benefits in March before the city could discipline him after an investigation into complaints that he sexually harassed a female firefighter with inappropriate comments, unwelcome hugs and back rubs and an attempted kiss.

• Most Tampa fire stations lack designated bathrooms for women and private changing areas, even though women have been working as Tampa firefighters for almost 40 years.

• While some male firefighters wear boxer shorts when sleeping in open firehouse dorms, some women who sleep in T-shirts and underwear have been subjected to vulgar remarks and insults.

• In some fire stations, verbal abuse and harassment have reached the point of being a "living hell," according to one male firefighter. Some women have said they've held off from complaining about working conditions or harassment because supervisors tolerate and even enable the problems.

"I think we have a great fire department," Buckhorn said. "I don't think we have a culture problem, but I think it was time for some changes. I think the vast majority — and I would put that at 99.9 percent of the men and women of Tampa Fire Rescue — respect each other. . . . But there's always going to be exceptions, and when those exceptions rise to this level, they get dealt with."

Last week, Fire Rescue Chief Tom Forward issued an order requiring firefighters to wear gym shorts and proper undergarments when in the department's open dorms to maintain "good order and discipline."

Forward also reissued a 2013 memo instructing women assigned to firehouses without separate women's bathrooms to use those in officers' quarters and telling officers to coordinate with female employees on access to the facilities.

The problem is, Vidovic said, that in some stations, going there entails walking through the captain's room, which is uncomfortable. Sometimes the captain is using it. And it also means asking permission, which is embarrassing.

"I don't think that (approach outlined in the 2013 memo) is a long-term solution," said Vidovic, who recently requested permission from the city to approach businesses in a search for private sector partners to help address the issue at a low cost to the city. "I think that getting female restrooms in the building is a solution."

On Tuesday, city officials also addressed the issue of uniforms and bunker gear, which last week raised concern at the City Council.

At the request of council member Lisa Montelione, the council asked for a report this week on the issues raised to the *Times* by firefighters, as well as whether it's hard for women at the department to get safety gear and uniforms that fit properly.

In response, city officials said they already provide uniforms and safety gear to fit all firefighters through their vendor, Patrick's Uniform Supply. Over the past two years, the city has placed 65 orders for custom uniforms or equipment that have been supplied to employees at the city's cost. Officials say there have been no issues or complaints raised with the vendor, the union or the department about uniforms.

"If there are issues with firefighters who are either much larger or much smaller than what is standard-issue

equipment, we need to accommodate them," Buckhorn said.

City officials also underscored that Tampa Fire Rescue's ranks are more diverse than most when it comes to gender, with 43 women among 622 sworn employees at Tampa Fire Rescue. That 6.9 percent is higher than the national average of 5.7 percent female firefighters reported by the U.S. Bureau of Labor Statistics.

In the last 10 years, the city said, there has been only one instance of alleged sexual harassment in the department.

Montelione welcomed Buckhorn's changes and said the city is "moving in the right direction," but added that the union had been asking for some of these things for five years.

"I'm very, very sorry that it had to take the fourth estate, the media, stepping in," she said, "and having so many good firefighters feel like they were dumped on."

*Times researcher John Martin contributed to this report. Contact Richard Danielson at rdanielson@tampabay.com or (813) 226-3403. Follow @Danielson_Times*

**Reports of unequal treatment for women prompt changes at Tampa Fire Rescue 04/14/15**
**Photo reprints | Article reprints**

© 2016 Tampa Bay Times

63    Tweet    63

Commenting Guidelines   Abuse Policy

Ads by Adblade

**Articles and offers from around the Web**

| | |
|---|---|
| From: | Ali Glisson <Ali.Glisson@tampagov.net> |
| Sent time: | 04/15/2015 11:09:48 AM |
| To: | Benchimol, Victoria <VBenchimol@WFTS.COM> |
| Subject: | RE: Female fighter changes |

Vicky – See below.

Please let me know if you have any additional questions.

### Tampa Fire Rescue to Make Changes to Accommodate All

Mayor Bob Buckhorn has directed Tampa Fire Rescue (TFR) to make appropriate changes and to continue to accommodate all those sworn first responders serving the citizens of Tampa.

"The men and women serving Tampa Fire Rescue are on the whole a dedicated and honest department who put their lives on the line every day. These new policies are structural changes in the fire stations that will enhance the quality of life for all firefighters and ensure that this unique workplace environment reflects the changing demographics of the fire service," said Mayor Bob Buckhorn. "It's necessary and appropriate to continue to change and adapt over time, and these improvements will benefit all those serving in Tampa Fire Rescue."

### Improved Facilities

The City of Tampa will install 6 ft. partition walls in sleeping quarters at Stations 1,3,4,5,6,7,8,9,10,12,14,15,16,17,18, 20, where there are currently no partition walls. Work begins today, and is anticipated to take approximately 1 month. The cost for the work is estimated at $160,000.

Stations 2, 11, 13, 19, 21, and 22 already have 6 ft. partition walls installed. The improvements made to the remaining 16 stations will be consistent with the facilities that exist in those stations which have been built or updated in recent years.

Fire Chief Tom Forward has also reissued a 2013 policy memo directing captains to provide private restroom facilities to females serving on shift.

### Expanded Diversity Training

All City of Tampa employees receive four hours of mandatory diversity training provided by the Human Resources Department. The City of Tampa has confirmed that all Tampa Fire Rescue employees have received that diversity training within the first six months of employment, as the City of Tampa's personnel manual requires. Tampa Fire Rescue Command Staff, meaning those attending the Fire Leadership Training Course, also receive additional expanded training covering non-discrimination policies.

Moving forward, the City of Tampa will provide additional training for Fire Rescue employees. The fire rescue work environment is unique, with employees working 24 hour shifts, often sleeping and eating together in house-like quarters. The Human Resources Department and TFR will implement the additional program within six months.

### Uniforms and Codified Dress Code

It is paramount that firefighters have the appropriate uniform and equipment for them to perform their job safely. The City of Tampa through vendor Patrick's Uniform Supply currently offers all TFR staff a variety of size options as well as alternate clothing options for individual needs. This includes extra-small/ extra-large uniforms as well as specialty equipment for those with allergies.

015514

In the last two years, the City has placed 65 orders for uniform and/or equipment customization, which the city has supplied to our employees at the city's cost. There have been no formal complaints or issues raised with the vendor, the union, or the city regarding uniforms.

Fire Chief Tom Forward has also released a policy memo at the mayor's direction requiring minimum dress for employees in their sleeping quarters.

**Background**

Tampa Fire Rescue is a diverse department, and it exceeds the national average for women serving in its ranks. According to the Bureau of Labor Statistics, the national average is 5.7%, and women account for 6.9% of sworn employees with TFR. Women are currently serving at every rank within the department. In 2014, Mayor Buckhorn and Tampa Fire Rescue Chief Tom Forward appointed the City of Tampa's first female District Chief, Susan Tamme. Additionally, in the past ten years, there has been only one issue of alleged sexual harassment among the 622 sworn employees serving.

###

**From:** Benchimol, Victoria [mailto:VBenchimol@WFTS.COM]
**Sent:** Wednesday, April 15, 2015 10:47 AM
**To:** Ali Glisson
**Subject:** Female fighter changes

Did you send out an alert on this yesterday? Can you send me the specifics and confirm this story?

**Prompted by reports of a lack of privacy, outdated facilities, and harassment and verbal abuse directed against female firefighters, Mayor Bob Buckhorn on Tuesday announced changes "to accommodate all" at Tampa Fire Rescue.**

**The initiatives include both construction at the firehouses and additional diversity training for firefighters.**

**"The nature of the fire service across the country is changing, the demographics of fire service is changing, and Tampa Fire Rescue needed to make some changes," Buckhorn said in an interview at City Hall.**

"I'm very happy that these issues are getting addressed," said firefighter **Tanja Vidovic**, who has been with Tampa Fire Rescue for 6 ½ years. "It's long overdue. ... When you go in (to work), you want to feel like your job appreciates you, so little bits of progress are important."

A $160,000 construction project will install 6-foot-high partitions in sleeping quarters at 16 of 22 firehouses, which do not have any walls or curtains to separate male and female firefighters. The work started Tuesday and is expected to take about a month to complete. The remaining six stations already have partitions in their dorms.

Within six months, human resources officials will also provide additional diversity training for Fire Rescue employees. City Hall has already confirmed that all Fire Rescue employees received four hours of diversity training mandated by the city's personnel manual. Tampa Fire Rescue command staff also get expanded training covering non-discrimination policies.

Buckhorn acknowledged that changes were prompted largely by a series of recent reports in the Tampa

015515

Bay Times disclosing that:

Fire Rescue personnel chief David Solorzano decided to retire with full benefits in March before the city could discipline him after an investigation into complaints that he sexually harassed a female firefighter with inappropriate comments, unwelcome hugs and back rubs and an attempted kiss.

Most Tampa fire stations lack designated bathrooms for women and private changing areas, even though women have been working as Tampa firefighters for almost 40 years.

While some male firefighters wear boxer shorts when sleeping in open firehouse dorms, some women who sleep in T-shirts and underwear have been subjected to vulgar remarks and insults.

In some fire stations, verbal abuse and harassment have reached the point of being a "living hell," according to one male firefighter. Some women have said they've held off from complaining about working conditions or harassment because supervisors tolerate and even enable the problems.

"I think we have a great fire department," Buckhorn said. "I don't think we have a culture problem, but I think it was time for some changes. I think the vast majority - and I would put that at 99.9 percent of the men and women of Tampa Fire Rescue - respect each other. . . . But there's always going to be exceptions, and when those exceptions rise to this level, they get dealt with."

Last week, Fire Rescue Chief Tom Forward issued an order requiring firefighters to wear gym shorts and proper undergarments when in the department's open dorms to maintain "good order and discipline."

Forward also reissued a 2013 memo instructing women assigned to firehouses without separate women's bathrooms to use those in officers' quarters and telling officers to coordinate with female employees on access to the facilities.

The problem is, Vidovic said, that in some stations, going there entails walking through the captain's room, which is uncomfortable. Sometimes the captain is using it. And it also means asking permission, which is embarrassing.

"I don't think that (approach outlined in the 2013 memo) is a long-term solution," said Vidovic, who recently requested permission from the city to approach businesses in a search for private sector partners to help address the issue at a low cost to the city. "I think that getting female restrooms in the building is a solution."

On Tuesday, city officials also addressed the issue of uniforms and bunker gear, which last week raised concern at the City Council.

At the request of council member Lisa Montelione, the council asked for a report this week on the issues raised to the Times by firefighters, as well as whether it's hard for women at the department to get safety gear and uniforms that fit properly.

In response, city officials said they already provide uniforms and safety gear to fit all firefighters through their vendor, Patrick's Uniform Supply. Over the past two years, the city has placed 65 orders for custom uniforms or equipment that have been supplied to employees at the city's cost. Officials say there have been no issues or complaints raised with the vendor, the union or the department about uniforms.

"If there are issues with firefighters who are either much larger or much smaller than what is standard-issue equipment, we need to accommodate them," Buckhorn said.

City officials also underscored that Tampa Fire Rescue's ranks are more diverse than most when it comes

015516

to gender, with 43 women among 622 sworn employees at Tampa Fire Rescue. That 6.9 percent is higher than the national average of 5.7 percent female firefighters reported by the U.S. Bureau of Labor Statistics.

In the last 10 years, the city said, there has been only one instance of alleged sexual harassment in the department.

Montelione welcomed Buckhorn's changes and said the city is "moving in the right direction," but added that the union had been asking for some of these things for five years.

"I'm very, very sorry that it had to take the fourth estate, the media, stepping in," she said, "and having so many good firefighters feel like they were dumped on."

**Vicky Benchimol**
**Planning Editor**
ABC Action News
4045 N Himes Ave
Tampa, FL 33703
813-354-2944 Direct
813-354-2800 Newsroom
www.abcactionnews.com
vbenchimol@wfts.com
*Follow us on twitter @abcactionnews*
*Follow me on twitter @vbench*



Scripps Media, Inc., certifies that its advertising sales agreements do not discriminate on the basis of race or ethnicity. All advertising sales agreements contain nondiscrimination clauses.

015517