UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TANJA VIDOVIC,

    Plaintiff,                                           Case No.: 8:16-cv-00714-T-17-AAS

v.

CITY OF TAMPA,

    Defendant.

_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A MEMORANDUM EXCEEDING TWENTY PAGES IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Tanja Vidovic, by and through her undersigned counsel and pursuant to Local Rule 3.01, hereby moves the Court for the entry of an Order allowing her to file a memorandum exceeding twenty (20) pages in opposition to Defendant, City of Tampa's motion for summary judgment. Specifically, Plaintiff seeks an additional fifteen (15) pages for her memorandum, for a total of thirty-five (35) pages.

## SUPPORTING MEMORANDUM

This is an action for damages and injunctive relief for gender discrimination, sexual harassment/hostile work environment, retaliation and pregnancy discrimination in violation of Title VII. Plaintiff was employed as a firefighter by Defendant from November 17, 2008 until March 24, 2016 when Defendant terminated her after she made numerous complaints of sexual harassment, gender discrimination and pregnancy discrimination, filed Charges of Discrimination with the EEOC and instituted this action.

On February 13, 2017, Defendant filed a motion seeking leave to file a motion for summary judgment exceeding twenty-five (25) pages arguing that that number of pages was not sufficient to adequately address all the issues in this action (Doc. 42). On February 14, 2017, this Court granted Defendant's motion and gave it leave to file fifteen (15) additional pages (Doc 44). Since Defendant will be filing a motion for summary judgment up to forty (40) pages in length, the twenty-page limit prescribed by Local Rule 3.01(b) will not be adequate for Plaintiff to fully respond to Defendant's arguments.[1]

Accordingly, Plaintiff respectfully requests that this Court enter an Order granting this motion and allowing her leave to file a memorandum up to thirty-five (35) pages in length in opposition to Defendant's motion for summary judgment.

**Certificate of Good Faith**

In accordance with Local Rule 3.01(g), I hereby certify that I have conferred with Defendant's counsel and counsel has informed me that Defendant does not object to the granting of this motion.

Respectfully submitted,

/s Wendolyn S. Busch
WENDOLYN S. BUSCH, ESQUIRE
Florida Bar Number 817287
LAW OFFICES OF
WENDOLYN S. BUSCH, P.A.
Post Office Box 221
Odessa, Florida 33556-0221
Telephone: (813) 600-5332
Facsimile: (813) 600-5957
wb@wendybusch.com
Attorney for Plaintiff

---

[1] Indeed, Defendant previously filed herein two motions to dismiss which were twenty-five pages and eighteen pages in length, respectively (Docs. 6 and 22) and therefore required lengthy responses by Plaintiff of seventeen pages and twenty pages (Docs. 8 and 23). A forty-page motion for summary judgment will certainly require a response of substantially more than twenty pages.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 22, 2017, I electronically filed the foregoing Plaintiff's Unopposed Motion for Leave to File a Memorandum Exceeding Twenty Pages in Opposition to Defendant's Motion for Summary Judgment, by using the CM/ECF system.

/s Wendolyn S. Busch