UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TANJA VIDOVIC,

    Plaintiff,

vs.                        Case No.: 8:16-cv-00714-EAK-AAS

CITY OF TAMPA,

    Defendant.
_____/

## AFFIDAVIT OF DANIELLE SPRADLIN

STATE OF FLORIDA      )
                                )
COUNTY OF HILLSBOROUGH  )

    BEFORE ME, an officer duly authorized to administer oaths, personally appeared Danielle Spradlin, who after being duly sworn deposes and says as follows:

1. My name is Danielle Spradlin. The facts set forth in this Affidavit are true and correct. Unless otherwise indicated, they are based on personal knowledge. I have been asked to provide this Affidavit and do so voluntarily. I have not been promised any benefit in exchange for my statement, nor have I been threatened with any loss if I do not provide this statement.

2. I am currently employed by the City of Tampa, Florida ("City") as a Captain with Tampa Fire Rescue ("TFR").

3. In or around May or June 2011 the Plaintiff, Tanja Vidovic, ("Plaintiff"), was counseled because she left her coffee cup and spilled coffee in a rescue unit. The counseling the Plaintiff received as a result of her actions resulted in no loss of pay for the Plaintiff.

4. Male firefighters have been counseled for spilling fluids on TFR equipment.

1

5. In or around April 2015 I wrote an opinion piece as a rebuttal to newspaper articles regarding the alleged struggles female firefighters faced in TFR. My rebuttal was submitted to a newspaper and posted on Facebook. My rebuttal was my opinion and written to offer a different perspective than what was being reported in the newspaper. In my opinion, the recent newspaper articles misrepresented how the majority of TFR female firefighters felt about the conditions of TFR.

6. I received prior approval from Fire Chief Thomas Forward to submit my rebuttal to the newspaper.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Danielle Spradlin

SWORN AND SUBSCRIBED TO before me this 25 day of May, 2017, by Danielle Spradlin, who is personally known to me or who has produced _____ as identification and who did take an oath.

_____
NOTARY PUBLIC
STATE OF FLORIDA AT LARGE
Typed Name:_____

(SEAL)



LILAH S. MILLER
Commission # FF 191811
Expires February 14, 2019
Bonded Thru Troy Fain Insurance 800-385-7019

2