UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TANJA VIDOVIC,

    **Plaintiff,**

vs.                                          Case No.: 8:16-cv-00714-EAK-AAS

CITY OF TAMPA,

    **Defendant.**

_____/

### AFFIDAVIT OF ANDRE WILLIAMS

STATE OF FLORIDA       )
                                    )
COUNTY OF HILLSBOROUGH  )

    BEFORE ME, an officer duly authorized to administer oaths, personally appeared Andre Williams, who after being duly sworn deposes and says as follows:

    1.    My name is Andre Williams. The facts set forth in this Affidavit are true and correct. Unless otherwise indicated, they are based on personal knowledge. I have been asked to provide this Affidavit and do so voluntarily. I have not been promised any benefit in exchange for my statement, nor have I been threatened with any loss if I do not provide this statement.

    2.    I am currently employed by the City of Tampa, Florida ("City") as firefighter with Tampa Fire Rescue ("TFR").

    3.    For the beginning part of 2015 I was assigned to station 16, shift C. The Plaintiff, Tanja Vidovic, ("Plaintiff"), was also a firefighter at station 16, shift C.

    4.    Upon information and belief, the Plaintiff became pregnant in 2015 and opted to continue working full duty as a firefighter.

    5.    As the Plaintiff's pregnancy progressed in its later stages, the Plaintiff avoided

doing tasks required of full duty firefighters that she would previously perform. For example, the Plaintiff would avoid lifting heavy objects such as stretchers or a five gallon bucket of water. In or around October 16, 2015 our crew responded to a fire at a factory and the Plaintiff did not report to the fire.

6.  Working with the Plaintiff in the later stages of her pregnancy caused stress on the crew and made me uncomfortable because firefighters rely heavily on each other for support and there was concern that she could not and/or would not perform the full duties required of a firefighter. Being a full duty firefighter is a dangerous position and there was concern that the Plaintiff would be unable to pull me and/or my crew members out of a fire if necessary. This put extra pressure on me and the other crew members. It got to the point where I would show up to work anxious because of working with the Plaintiff. My wife did not want me to continue to work with the Plaintiff in the late stages of her pregnancy because she (my wife) did not think it was safe and we have young children at home.

7.  Members of the public would ask the station 16; shift C crew members why the Plaintiff was still working full duty while she was pregnant.

8.  Because I did not feel safe working with the Plaintiff, I requested to jerry to another apparatus when the Plaintiff was also on duty. For the same reasons, I ultimately requested and was approved to transfer to another station.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Andre Williams

SWORN AND SUBSCRIBED TO before me this 22 day of May, 2017, by Andre Williams, who is personally known to me or who has produced _____ as identification and who did take an oath.

(SEAL)

*Lilah S Miller*
NOTARY PUBLIC
STATE OF FLORIDA AT LARGE
Typed Name: Lilah S Miller



LILAH S. MILLER
Commission # FF 191811
Expires February 14, 2019
Bonded Thru Troy Fain Insurance 800-385-7019

3