UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TANJA VIDOVIC,**

    **Plaintiff,**　　　　　　　　　　　Case No.: 8:16-cv-00714-T-17-AAS

**v.**

**CITY OF TAMPA,**

    **Defendant.**

_____/

## NOTICE TO THE COURT IN COMPLIANCE WITH ORDER

In compliance with the Court's Order (Doc. 91), Plaintiff states that the documents Bates numbered Def. BS ## 0022836 and 022920 are filed in the ECF record as Doc. 84-24 at pages one and three.

        /s/ Wendolyn S. Busch
        WENDOLYN S. BUSCH, ESQUIRE
        Florida Bar Number 817287
        LAW OFFICES OF
        WENDOLYN S. BUSCH, P.A.
        Post Office Box 221
        Odessa, Florida  33556-0221
        Telephone:  (813) 600-5332
        Facsimile:   (813) 600-5957
        wb@wendybusch.com
        Attorney for Plaintiff, Tanja Vidovic

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2017, I electronically filed the foregoing Notice to the Court by using the CM/ECF system.

        /s/ Wendolyn S. Busch