*UNITED STATES DISTRICT COURT*
*MIDDLE DISTRICT OF FLORIDA*
*TAMPA DIVISION*

## *NOVEMBER 2017 TRIAL CALENDAR*

**THE FOLLOWING CASES ARE SET FOR TRIAL BEFORE UNITED STATES DISTRICT JUDGE ELIZABETH A. KOVACHEVICH for a trial term commencing November 6, 2017, at 10:00 AM, in Courtroom 14A, Fourteenth Floor, Sam M. Gibbons United States Courthouse[1], 801 N. Florida Avenue, Tampa, Florida. All counsel and parties should refer to the individual reporting instructions contained for each case listed below.**

The cases are listed in the order in which they are intended to be tried, although experience indicates that at times cases may be called out of order. For the convenience of counsel, the names and telephone numbers of all counsel and Pro Se parties are furnished so that counsel and Pro Se parties may keep themselves informed of the progress of the listed cases. Notwithstanding any of the above, cases on this calendar are subject to being called for trial by any Judicial Officer within the Middle District of Florida. At least twenty-four hours notice will be given to all parties. **NOTE: This calendar is subject to being amended by necessity if the Court finds that criminal cases must be given priority.**

Exhibit Lists and Witness Lists shall be **filed electronically** prior to trial and **three copies** shall be provided to the Courtroom Deputy Clerk the morning of trial.

All **exhibits** are to be pre-marked in accordance with Rules 3.06, 3.07, and 5.04 of the Local Rules, Middle District of Florida. Copies of the Local Rules can be obtained from the Clerk's Office.

**SPECIAL REQUIREMENT FOR ALL CASES: If counsel/pro se parties utilize binders for originals and copies of trial exhibits, the binders must not exceed two inches in thickness and must have solid, stable backbones.**

On or before the morning of trial, prior to jury selection, counsel for each party must provide the Court with an **Electronic Exhibit Binder** that contains all individual exhibits and joint exhibits each party intends to introduce at trial. The exhibits must be saved as PDF documents and complied into a single PDF file. Counsel must identify each exhibit separately using PDF bookmarks.

If an exhibit is physical evidence (e.g., drugs, ammunition, firearm), counsel shall provide a photographic substitution of the exhibit. If an exhibit contains sensitive information (i.e., child pornographic images), counsel should either (a) provide a redacted version of the exhibit, or (b) insert a placeholder exhibit that states, "Exhibit [Number] contains sensitive images."

The **Electronic Exhibit Binder must be emailed** to the Chambers' inbox. Include the case number and case name in the email subject line. If the file containing the Electronic Exhibit Binder is too large to email, counsel should provide the Court with a single CD or DVD of the binder.

---

[1] Photo I.D. is required to enter this facility.

For criminal trials, counsel shall NO LATER than five days prior to the date on which the trial term will commence, **electronically file** proposed voir dire, jury instructions, and verdict forms, serve copies on opposing counsel, and provide the Courtroom Deputy Clerk with a copy for use by the Judge.  Counsel shall provide the Courtroom Deputy Clerk with three copies of their witness list and exhibit list the morning of trial.

Counsel in civil cases are reminded of their obligation to **electronically file** proposed jury instructions, proposed verdict forms and trial briefs in accordance with the deadlines set forth in the Court's Scheduling Order.  Proposed voir dire, findings of fact and conclusions of law (if necessary) must be filed NO LATER than five days prior to the date on which the trial term will commence.

A request to continue a trial is disruptive.  All feasible alternatives should be pursued before requesting a continuance.  A request for continuance shall be presented **in writing** and shall include a report of every non-moving party's current support for or opposition to the requested continuance.  If a request for continuance is based upon a calendar conflict with another proceeding, the request must provide the information pertinent to a resolution of the conflict (i.e., the information necessary to confirm the existence of, and to determine the applicable priority of, the conflicting events in accord with the prescriptions in the "Resolution of the Florida State-Federal Judicial Council Regarding Calendar Conflicts Between State and Federal Courts" (appended to and adopted in Krasnow v Navarro, 909 F.2d 451, 455 (11th Cir. 1990), and codified in Rule 2.052, Florida Rules of Judicial Administration, as amended and adopted in Amendments to the Florida Rules of Judicial Administration, 682 So.2d 89 (Fla. 1996)).

**Counsel are directed to promptly contact Courtroom Deputy Clerk Sonya Cohn (813-301-5737) if they wish to use electronic equipment during trial.**

******************************************************************************

## NOVEMBER 2017 TRIAL TERM

**DATE CERTAIN**  
**CASE NO. 1**

**NOTE: Counsel/parties must be present and prepared to proceed to trial on November 6, 2017.**

BENCH TRIAL

Trial Estimate: 2-3 days

Case No. 8:16-cv-2343-T-17JSS

Antigoni Stavrakis — Barry Berger and James Dowling, 727/785-5655, Jerry Theophilopoulos, 727/945-9224

vs.

Underwriters at Lloyd's London — Marlin Green, 305/760-7362

-------------------------------------------------------------------------------

| | |
|---|---|
| **DATE CERTAIN**<br>**CASE NO. 2** | **NOTE: Counsel/parties must be present and prepared to proceed to trial on <u>November 13, 2017</u>. Trial will be conducted on the following dates:  November 13 - 16, 2017,  November 20 - 22, 2017, November 28 -30, 2017 and, if necessary, December 4 - 6, 2017.** |
| JURY TRIAL | Trial Estimate: 7 days - 2 weeks |
| Case No. 8:16-cv-714-T-17TBM | |
| Tanja Vidovic | Wendolyn S. Busch, 813/600-5332; Stanley Padgett, 813/223-1133 |
| vs. | |
| City of Tampa | Thomas Gonzalez, Nathan Paulich, 813/273-0072 |

---

| | |
|---|---|
| **CASE NO. 3** | **NOTE: Parties have agreed to consent to the magistrate judge once the summary judgment order has been issued.** |
| JURY TRIAL | Trial Estimate: 5 days |
| Case No.: 8:15-cv-1760-T-17AEP | |
| Paula Bishop-Ivory, et al. | Bradley Rothman, 239/262-2141 |
| vs. | |
| Castforce, Inc. | Ryan Barack, Michelle Nadeau, 727/441-4947 |

---

| | |
|---|---|
| **CASE NO. 4** | **NOTE:   Pending summary judgment motions** |
| BENCH TRIAL | Trial Estimate: 1 day |
| Case No. 8:16-cv-696-T-17MAP | |
| Ian Torch Locklear | Nancy Cavey, 727/894-3188 |
| vs. | |
| John King, Jr. | Jennifer Waugh Corinis, Roberto Rodriguez, Jr., 274-6000 |

---

DATED: October 25, 2017    For the Court,

**SONYA COHN**

Sonya Cohn, Courtroom Deputy Clerk to
United States District Judge Elizabeth A. Kovachevich
Telephone:  (813) 301-5737

Attachments:
Notice To Counsel Regarding Exhibits And Exhibit Substitutes - **please read carefully and conform your exhibits and exhibit substitutes as directed**;
Exhibit List And Exhibit Tags
Consent to Magistrate Judge form