UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

| CASE NO.: 8:16-cv-714-T-17AAS | DATE: November 16, 2017 |
|---|---|
| **HONORABLE ELIZABETH A. KOVACHEVICH** | |
| **TANJA VIDOVIC** <br><br> v. <br><br> **CITY OF TAMPA** | **PLAINTIFF COUNSEL** <br> Wendolyn Busch & Stanley Padgett <br><br> **DEFENDANT COUNSEL** <br> Tom Gonzalez & Nathan Paulich |
| **COURT REPORTER:** Sandra K. Provenzano | **DEPUTY CLERK:** Sonya Cohn |
| **TIME:** 10:00 – 12:28; 1:39 – 3:12; 3:30 – 4:54 p.m. <br> **TOTAL:** 5 hr 23 min | **COURTROOM:** 14A |

**PROCEEDINGS:** JURY TRIAL (DAY 4)

10:00 - Court in session; Jury seated in courtroom. Direct resumes of Chief Kohan.
12:12 - Cross by Mr. Gonzalez.
12:28 - Lunch break until 1:30 p.m.
1:39 - Jury seated in courtroom; cross resumes of Chief Kohan.
3:12 - Afternoon break until 3:30 p.m.
3:30 - Court in session; jury seated in courtroom. 3:35 - Cross resumes of Chief Kohan
4:50 - Court released until 11/20 at 10:00 a.m.; Court addresses matters outside of presence of jury.
4:54 - Court in recess.