UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:16-CV-714

TANJA VIDOVIC,

    Plaintiff,

vs.

CITY OF TAMPA,

    Defendant.
_____/

## VERDICT OF THE JURY

### PREGNANCY DISCRIMINATION

**Do you find from a preponderance of the evidence:**

1. That the City of Tampa gave Tanja Vidovic a poor performance evaluation that made her ineligible for a pay increase?

    Answer Yes or No    _Yes_

Go to the next question.

1

2. That Tanja Vidovic's pregnancy was a motivating factor that prompted the City of Tampa to terminate her employment, deny her a promotion, or give her a poor performance evaluation that made her ineligible for a pay increase?

    Answer Yes or No  __Yes__

If your answer is "No," this ends your deliberations as to this Count, and the jury should proceed directly to question 6. If your answer is "Yes," go to the next question.

3. That the City of Tampa would have terminated Tanja Vidovic's employment, denied her a promotion, or given her a poor performance evaluation even if the City of Tampa had not taken Tanja Vidovic's pregnancy into account?

    Answer Yes or No  __No__

If your answer is "Yes," this ends your deliberations as to this Count, and the jury should proceed directly to question 6. If your answer is "No," go to questions 4 and 5.

4. That Tanja Vidovic should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

    Answer Yes or No  __Yes__

    If your answer is "Yes,"
    in what amount?  $__40,000__

5. That Tanja Vidovic should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No _Yes_

If your answer is "Yes," in what amount?   $ _$440,000_ 

## SEX DISCRIMINATION

**Do you find from a preponderance of the evidence:**

6. That the City of Tampa gave Tanja Vidovic a poor performance evaluation that made her ineligible for a pay increase?

Answer Yes or No _No_

Go to the next question.

7. That Tanja Vidovic's sex was a motivating factor that prompted the City of Tampa to terminate her employment, deny her a promotion, or give her a poor performance evaluation that made her ineligible for a pay increase?

Answer Yes or No _No_

If your answer is "No," this ends your deliberations as to this Count, and the jury should proceed directly to question 11. If your answer is "Yes," go to the next question.

8. That the City of Tampa would have terminated Tanja Vidovic's employment, denied her a promotion, or given her a poor performance

3

evaluation even if the City of Tampa had not taken Tanja Vidovic's sex into account?

      Answer Yes or No  _____

If your answer is "Yes," this ends your deliberations as to this Count, and the jury should proceed directly to question 11. If your answer is "No," go to questions 9 and 10.

  9. That Tanja Vidovic should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

      Answer Yes or No  _____

      If your answer is "Yes,"
      in what amount?  $_____

  10. That Tanja Vidovic should be awarded damages to compensate for emotional pain and mental anguish?

      Answer Yes or No  _____

      If your answer is "Yes,"
      in what amount?  $_____

## RETALIATION

**Do you find from a preponderance of the evidence:**

  11. That Tanja Vidovic engaged in protected activity when she reported harassment and discrimination, or pursued this lawsuit?

      Answer Yes or No  *Yes*

Go to the next question.

12. That the City of Tampa took an adverse employment action against Tanja Vidovic?

        Answer Yes or No     _Yes_

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

13. That the City of Tampa took an adverse employment action against Tanja Vidovic because she filed a charge of discrimination or amended charge with the Equal Employment Opportunity Commission, reported harassment or discrimination, or pursued this lawsuit?

        Answer Yes or No     _Yes_

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

14. That Tanja Vidovic suffered damages because of the adverse employment action or actions?

        Answer Yes or No     _Yes_

15. That Tanja Vidovic should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

5

    Answer Yes or No    __Yes__

    If your answer is "Yes,"
    in what amount?    $ __55,000__

16. That Tanja Vidovic should be awarded damages to compensate for emotional pain and mental anguish?

    Answer Yes or No    __Yes__

    If your answer is "Yes,"
    in what amount?    $ __116,000__

SO SAY WE ALL.

DATE: __12/7/17__

          __Susan M Binions Jennings__
          Foreperson's Signature