AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

TANJA VIDOVIC )
)
v. ) Case No.: 8:16-cv-00714-T-EAK-CPT
CITY OF TAMPA )
)
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on  02/14/2018  against  Defendant, City of Tampa ,
                                                                Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk  Filing Fee for Complaint . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 400.00 |
| Fees for service of summons and subpoena   Service of Complaint, Deposition Subpoena and Trial Subpoenas . . . . . . . . . . . . . | 957.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 15,184.95 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on page two)   Attendance at Trial and/or Deposition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $343.60 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 555.40 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs (please itemize)  Expert Witness Fees and Juror Compensation Assessed as Costs by the Court . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7,900.00 |
| TOTAL  $ | 25,340.95 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

✓  Electronic service          ☐ First class mail, postage prepaid

☐  Other:

s/ Attorney:  *Wendolyn S. Busch* (signature)

Name of Attorney:  Wendolyn S. Busch

For:  Plaintiff, Tanja Vidovic                                 Date:  02/15/2018
      Name of Claiming Party

### Taxation of Costs

Costs are taxed in the amount of  $25,410.00 *                and included in the judgment.

ELIZABETH M. WARREN       By: [signature]                      5-8-18
      Clerk of Court                Deputy Clerk                 Date

* Includes $69.05 for one half of juror cost pursuant to Order (Doc. 240).