UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TANJA VIDOVIC,

    Plaintiff,

v.                                                                                  Case No: 8:16-cv-714-T-17CPT

CITY OF TAMPA,

    Defendant.

_____

## ORDER

Before the Court is the City's Motion for Review of Taxed Costs. *Motion*, Doc. No. 242. After review, Motion is **GRANTED IN PART AND DENIED IN PART.**

First, after careful review of the parties' submissions, the Court agrees that the costs for service of process should be reduced by $57.00. Therefore, the City's objection on that point is granted for the reasons stated in its motion, and the clerk shall amend the costs for process service to $900.00.

Second, the Court agrees with the Plaintiff that Title VII permits the grant of expert fees as part of the prevailing party costs. 28 U.S.C. § 2000e-5(k). However, the Court will reduce the expert witness fees by $1,687.50 because this figure represents the amount of additional work that the expert performed as part of the Plaintiff's Motion for Reinstatement. The Court concurs that the front pay figures had little value to the Court in determining post-verdict reinstatement, and the Court never permitted such testimony to go before the jury. Thus, the Court is left with the firm belief that the claimed $1,687.50 is a redundant cost that should not be awarded.

Finally, the objection to the payment of the costs of the juror who was denied the opportunity to work an entire day is overruled. That juror relied on the parties' representations as to the length of time the trial would take, and her reliance on that representation inured to her detriment. As a result of the trial going longer than the parties anticipated, the juror lost a full day of compensation from work. The Court believes that it is within the inherent authority and power of the Court to order the parties to cover this de minimis cost, which was incurred because of the miscalculation of time by the parties.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida this 10th day of September, 2018.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties